```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 06679
     DOLORES R NUCCIO
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

           Debtor
     SSN XXX-XX-1177


-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

     1.  The case was filed on 06/08/06 and confirmed on 08/04/06.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  50995.00 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
-----------------------------------------------------------------------------
WELLS FARGO HOME MTGE      CURRENT MORTG           .00             .00             .00
WELLS FARGO HOME MTGE      MORTGAGE ARRE      29010.10             .00        29010.10
ADULT & PEDIATRIC ORTHOP   UNSECURED            360.00           29.08          360.00
AMERICAN GENERAL FINANCE   UNSECURED         NOT FILED             .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED           6242.70          502.71         6242.70
CAPITAL ONE BANK           UNSECURED           1208.65           97.32         1208.65
AT&T MOBILITY LLC          UNSECURED         NOT FILED             .00             .00
CONDELL MEDICAL CENTER     UNSECURED         NOT FILED             .00             .00
FAMILY CARE OF LAKE COUN   UNSECURED         NOT FILED             .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED            936.10           75.39          936.10
ILLINOIS BONE/JOINT INST   UNSECURED         NOT FILED             .00             .00
CERTIFIED SERVICES INC     UNSECURED            193.60           16.17          193.60
KEY FINANCIAL SRV          UNSECURED         NOT FILED             .00             .00
MIDWEST BANK & TRUST       UNSECURED           1243.43          100.85         1243.43
NICOR GAS                  UNSECURED         NOT FILED             .00             .00
SBC AMERITECH              UNSECURED         NOT FILED             .00             .00
CERTIFIED SERVICES INC     UNSECURED           1240.39           99.85         1240.39
CONDELL MEDICAL CENTER     UNSECURED         NOT FILED             .00             .00
PHILLIP C MCDONNELL DDS    UNSECURED         NOT FILED             .00             .00
MICHAEL CROUSD DDS         UNSECURED            177.50           14.83          177.50
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
-----------------------------------------------------------------------------
CERTIFIED SERVICES INC     UNSECURED           2088.00          168.10         2088.00
           Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED       PRIORITY      UNSECURED      OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  29010.10          .00       13690.37         .00         42700.47
PRINCIPAL PAID      29010.10          .00       13690.37         .00         42700.47
```

```
INTEREST PAID                    .00        .00      1104.30         .00      1104.30
TOTAL PAID                  29010.10        .00     14794.67         .00     43804.77
```

The Debtor's attorney, ZALUTSKY & PINSKI            , was allowed $   3000.00
and was paid $    126.00  direct and $   2874.00   through the plan.

The Trustee received $   2167.65 .

Refunds to the Debtor totaled $   2148.58 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE